| Attorney or Party without Attorney:<br>GABRIEL LEVINSON, ESQ. (#)<br>POLSINELLI PC.<br>600 3rd Avenue 42nd floor<br>New York, NY 10016<br>   Telephone No: 212-684-0199<br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
|---|
| Plaintiff: LINDA HIRSHMAN<br>Defendant: DON FRAZEN |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-06322-GHW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a.  Party served:     DON FRAZEN
   b.  Person served:   Peter "Doe", Caucasian , Male , Age: 60+ , Hair: White , Eyes: Gray , Height: 5'9" , Weight: 160, authorized to accept served under F.R.C.P. Rule 4 and CCP 415.20.

4. Address where the party was served:   9595 Wilshire Blvd., #305, Beverly Hills, CA 90212

5. I served the party:
   a. **by substituted service.**   On: Thu, Aug 20 2020 at: 01:31 PM by leaving the copies with or in the presence of: Peter "Doe", Caucasian , Male , Age: 60+ , Hair: White , Eyes: Gray , Height: 5'9" , Weight: 160, authorized to accept served under F.R.C.P. Rule 4 and CCP 415.20.

   (1) ☐ **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) ☒ **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ **(Declaration of Mailing)** is attached.
   (4) ☒ **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: GABRIEL LEVINSON, ESQ. (#) POLSINELLI PC. 600 3rd Avenue 42nd floor New York, NY 10016     Telephone No: 212-684-0199     Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | |
| Plaintiff: LINDA HIRSHMAN Defendant: DON FRAZEN | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 1:20-cv-06322-GHW |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Mohammad Rafiquzzaman (6600, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $303.05
   e. I am: A Registered California Process Server

7.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/24/2020
(Date)                 (Signature)



PROOF OF SERVICE

*4785080*
*(4430556)*
Page 2 of 2

| Attorney or Party without Attorney: <br> GABRIEL LEVINSON, ESQ. (#) <br> POLSINELLI PC. <br> 600 3rd Avenue 42nd floor <br> New York, NY 10016 <br>    Telephone No: 212-684-0199 <br><br>    Attorney For: Plaintiff | Ref. No. or File No.: | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ||| 
| *Plaintiff:* LINDA HIRSHMAN <br> *Defendant:* DON FRAZEN |||

| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:20-cv-06322-GHW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Aug 20, 2020
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: DON FRAZEN
                       9595 Wilshire Blvd.,, #305 Beverly Hills, CA 90212

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Aug 20, 2020 in the ordinary course of business.

                                               Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
     a. THOMAS TILCOCK                         d. **The Fee** for Service was: $303.05
     b. FIRST LEGAL                                    e. I am: Not a Registered California Process Server
        1517 W. Beverly Boulevard
        LOS ANGELES, CA 90026
     c. (213) 250-1111

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

                                                        08/24/2020
                                                         (Date)                                     (Signature)

| *Attorney or Party without Attorney:*<br>GABRIEL LEVINSON, ESQ. (#)<br>POLSINELLI PC.<br>600 3rd Avenue 42nd floor<br>New York, NY 10016<br>   *Telephone No:* 212-684-0199<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
|---|

| *Plaintiff:* LINDA HIRSHMAN |
|---|
| *Defendant:* DON FRAZEN |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-06322-GHW |
|---|---|---|---|---|

1. I, Mohammad Rafiquzzaman 6600, Los Angeles , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject DON FRAZEN as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Mohammad Rafiquzzaman (6600, Los Angeles) on: Aug 14, 2020, 3:31 pm PDT at 9595 Wilshire Blvd., #305, Beverly Hills, CA 90212
Subject is not in per Peter. Subject is working remotely. Peter is the only one here.

2) Unsuccessful Attempt by: Mohammad Rafiquzzaman (6600, Los Angeles) on: Aug 19, 2020, 3:56 pm PDT at 9595 Wilshire Blvd., #305, Beverly Hills, CA 90212
The business is closed at this time.

3) Successful Attempt by: Mohammad Rafiquzzaman (6600, Los Angeles) on: Aug 20, 2020, 1:31 pm PDT at 9595 Wilshire Blvd., #305, Beverly Hills, CA 90212 received by Peter "Doe", Caucasian , Male , Age: 60+ , Hair: White , Eyes: Gray , Height: 5'9" , Weight: 160, authorized to accept served under F.R.C.P. Rule 4 and CCP 415.20.



**AFFIDAVIT OF**
**DUE DILIGENCE**

*4785080*
*(4430556)*
Page 1 of 2

| Attorney or Party without Attorney:<br>GABRIEL LEVINSON, ESQ. (#)<br>POLSINELLI PC.<br>600 3rd Avenue 42nd floor<br>New York, NY 10016<br>  Telephone No: 212-684-0199<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | |
| Plaintiff: LINDA HIRSHMAN<br>Defendant: DON FRAZEN | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-06322-GHW |

3. **Person Who Served Papers:**
  a. Mohammad Rafiquzzaman (6600, Los Angeles)
  b. **FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
  c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)

  d. **The Fee** for Service was: $303.05
  e. I am: A Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

08/24/2020
(Date)                (Signature)



AFFIDAVIT OF
DUE DILIGENCE

4785080
(4430556)
Page 2 of 2

| Attorney or Party without Attorney:<br>Gabriel Levinson<br>POLSINELLI PC.<br>600 3rd Avenue 42nd floor<br>New York, NY 10016<br>  Telephone No: 212-684-0199<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
|---|

| Plaintiff: LINDA HIRSHMAN |
| Defendant: DON FRAZEN |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-06322-GHW |
|---|---|---|---|---|

1. I, Leon Moore 4303, Los Angeles, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject DON FRAZEN as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Leon Moore (4303, Los Angeles) on: Aug 13, 2020, 5:45 pm PDT at 1101 Las Pulgas Place , Pacific Palisades, CA 90272
There was no answer at door. No lights were on and no cars were visible.

2) Unsuccessful Attempt by: Leon Moore (4303, Los Angeles) on: Aug 14, 2020, 4:30 pm PDT at 1101 Las Pulgas Place , Pacific Palisades, CA 90272
There was no answer at door. No lights were on and no cars were visible.

3) Unsuccessful Attempt by: Leon Moore (4303, Los Angeles) on: Aug 15, 2020, 7:00 pm PDT at 1101 Las Pulgas Place , Pacific Palisades, CA 90272
There was no answer at door. No lights were on and no cars were visible.

4) Unsuccessful Attempt by: Leon Moore (4303, Los Angeles) on: Aug 16, 2020, 6:45 pm PDT at 1101 Las Pulgas Place , Pacific Palisades, CA 90272
There was no answer at door. No lights were on and no cars were visible.

5) Unsuccessful Attempt by: Leon Moore (4303, Los Angeles) on: Aug 17, 2020, 7:30 pm PDT at 1101 Las Pulgas Place , Pacific Palisades, CA 90272
There was no answer at door. No lights were on and no cars were visible.

6) Unsuccessful Attempt by: Leon Moore (4303, Los Angeles) on: Aug 18, 2020, 8:45 pm PDT at 1101 Las Pulgas Place , Pacific Palisades, CA 90272
There was no answer at door. No lights were on and no cars were visible.



**AFFIDAVIT OF**
**DUE DILIGENCE**

*4778479*
*(4428318)*
Page 1 of 2

| Attorney or Party without Attorney:<br>Gabriel Levinson<br>POLSINELLI PC.<br>600 3rd Avenue 42nd floor<br>New York, NY 10016<br>  Telephone No: 212-684-0199<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ||| 
| Plaintiff: LINDA HIRSHMAN<br>Defendant: DON FRAZEN |||
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-06322-GHW |

3. **Person Who Served Papers:**
   a. Leon Moore (4303, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/24/2020
(Date)

*(Signature)*



AFFIDAVIT OF
DUE DILIGENCE

4778479
(4428318)
Page 2 of 2