AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Linda Hirshman, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20 Civ. 06322 (GHW) |
| Don Franzen, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Don Franzen.

Date: 08/26/2020

*Attorney's signature*

David I. Greenberger
*Printed name and bar number*

Bailey Duquette P.C.
104 Charlton Avenue, Suite 1W
New York, NY 10014
*Address*

david@baileyduquette.com
*E-mail address*

(212) 658-1946 ext. 204
*Telephone number*

(866) 233-5869
*FAX number*