

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

September 10, 2020

<u>BY CM/ECF</u>

The Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

  Re: <u>Hirshman v. Franzen, Case No. 1:20-cv-06322-GHW</u>

Dear Judge Woods:

  In response to the Court's August 27, 2020 Order (ECF Doc. 9), we write jointly on behalf of the parties in the above-referenced action to inform the Court that the parties have conferred and do not consent to conducting all further proceedings before the Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| <u>/s/ Darnell S. Stanislaus</u> | <u>/s/ David I. Greenberger</u> |
| Gabriel Levinson, Esq. | David I. Greenberger, Esq. |
| Darnell S. Stanislaus, Esq. | Shashi K. Dholandas, Esq. |
| **POLSINELLI PC** | **BAILEY DUQUETTE P.C.** |
| 600 Third Avenue, 42nd Floor | 104 Charlton Street, Suite 1w |
| New York, New York 10016 | New York, New York 10011 |
| T: 212.684.0199 | T: 212.658.1946 |
| glevinson@polsinelli.com | david@baileyduquette.com |
| dstanislaus@polsinelli.com | shashi@baileyduqette.com |
| | |
| *Attorneys for Plaintiff Linda Hirshman* | *Attorneys for Defendant Don Franzen* |

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

74734472