# EXHIBIT 2

## ASSIGNMENT OF RIGHTS

### Effective June 1, 2018

This is an agreement for assignment of rights under the agreement described in Exhibit A attached hereto (the "Hirshman Agreement") from Elizabeth Weber and Don Franzen ("Producers") to Sisters Projects LLC ("Sisters Projects"), as follows:

WHEREAS the Hirshman Agreement provides at Par. 16 as follows:

16. PRODUCERS'S RIGHTS TO ASSIGN: Producers shall have the right freely to assign this Agreement, provided the assignee agrees to be bound by this Agreement.

WHEREAS, the Producers have formed a California Limited Liability Company, Sisters Projects, for the purpose of exploiting Producers' rights under the Hirshman Agreement;

NOW, therefore, the parties hereto agree as follows:

1. TRANSFER OF RIGHTS: Producers hereby assign, transfer and set over to Sisters Projects all their right, title and interest in the Hirshman Agreement.

2. ACCEPTANCE OF ASSIGNMENT: Sisters Projects accepts such assignment and expressly agrees to be bound by all of Producer's obligations under and pursuant to the Hirshman Agreement.

3. CHOICE OF LAW: This agreement shall be governed by and construed under the laws of the State of California.

By: _____

Elizabeth Weber

Accepted and Agreed to:

By: _____

Don Franzen

## CONSENT TO ASSIGNMENT

The undersigned consents to the foregoing assignment and agrees to be bound by the obligations of Producers under and pursuant to the Hirshman Agreement.

SISTERS PROJECTS, LLC

By: _____

Elizabeth Weber