USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   LINDA HIRSHMAN,                              :
                                                :
                         Plaintiff,             :
              -against-                         :      1:20-cv-06322-GHW
                                                :
   DON FRANZEN,                                 :          ORDER
                                                :
                         Defendant.             :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

Defendant's September 8, 2020 request for leave to file motion to compel arbitration, Dkt. No. 10, is granted. The deadline for Defendant to file and serve his motion to compel arbitration is October 9, 2020. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.

The deadline for Defendant to answer or otherwise respond to the Complaint is extended to fourteen days after the Court's decision on the motion to compel arbitration. The initial pretrial conference scheduled for October 15, 2020 is adjourned *sine die*.

SO ORDERED.

Dated: September 15, 2020

_____
GREGORY H. WOODS
United States District Judge