UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA HIRSHMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>DON FRANZEN,<br><br>　　　　　　　　　　Defendant. | Case No. 20 Civ. 06322 (GHW)<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT DON FRANZEN'S NOTICE OF MOTION
TO COMPEL ARBITRATION AND STAY THIS MATTER**

**PLEASE TAKE NOTICE THAT** Defendant Don Franzen, upon his Memorandum of Law in Support of his Motion to Compel arbitration and Stay this matter, and the October 9, 2020 Declaration of Don Franzen and the exhibits thereto; and upon all pleadings and prior proceedings herein, will move this Court, before the Honorable Gregory H. Woods, U.S.D.J., United States Courthouse, 500 Pearl St., New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to 9 U.S.C. §§ 3 and 4, compelling Plaintiff Linda Hirshman to arbitrate the dispute underlying this matter and to stay this matter pending resolution of the arbitration, or both.

Dated: New York, New York
　　　　October 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　BAILEY DUQUETTE P.C.

　　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　David I. Greenberger, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Shashi K. Dholandas, Esq.

104 Charlton Street, Suite 1W
New York, NY 10014
O: (212) 658-1946
E: david@baileyduquette.com
E: shashi@baileyduquette.com

*Attorneys for Defendant Don Franzen*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 9, 2020, per Local Civil Rule 5.2.

David I. Greenberger