# EXHIBIT 8



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |
| Name of Respondent: Linda Hirshman |
| Address: 6503 N. 27th Street |

| City: Phoenix | State: Arizona | Zip Code: 85016 |
|---|---|---|
| Phone No.: unknown | Fax No.: unknonwn | |

| |
|---|
| Email Address: linda.hirshman@gmail.com |
| Name of Representative (if known): not known |
| Name of Firm (if applicable): n/a |
| Representative's Address: n/a |

| City: n/a | State: Select... | Zip Code: |
|---|---|---|
| Phone No.: n/a | Fax No.: n/a | |

| |
|---|
| Email Address: n/a |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
| Brief Description of the Dispute: |
| Respondent signed an agreement by which she granted to Claimant the right to exploit her book "Sisters in LAw" in all media, including theater, televsion and film.  In contravention and breach of that agreement, Respondent has knowkingly and intentionally  entered into an agreement with other parties for the televsion adapation of the book. |
| Dollar Amount of Claim: $ Subject to discovery and subject to proof  but estimated at $295,000 at this time |
| Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary<br>☑ Other: Declaration  of Claimant's rights and  that Respondent's purported agreement with third parties is void. |
| Amount enclosed: $2,950<br>In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☒ Standard Fee Schedule |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:<br>Familiarity with enteretainment industry including theater, film and television. |
| Hearing locale: New York<br>(check one)  ☐ Requested by Claimant  ☑ Locale provision included in the contract  Arbitration Clause attached to this Demand |
| Estimated time needed for hearings overall:     hours or  1     days |

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| Type of Business: | |
|---|---|
| Claimant: Entertainment Services | Respondent: Author |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
No

| Signature (may be signed by a representative): | Date: 7/10/20 |
|---|---|

Name of Claimant: Sisters Projects LLC

Address (to be used in connection with this case): 9595 Wilshire Blvd. Ste. 305

| City: Beverly Hills | State: California | Zip Code: 90212 |
|---|---|---|
| Phone No.: 310 785 1710 | Fax No.: 310 785 1720 | |

Email Address: Elizabeth Weber <emw@sistersinlawtheplay.com>

Name of Representative: Don Erik Franzen

Name of Firm (if applicable): Funsten & Franzen

Representative's Address: 9595 Wilshire Blvd. Ste. 305

| City: Beverly Hills | State: California | Zip Code: 90212 |
|---|---|---|
| Phone No.: 310 785 1710 | Fax No.: 310 785 1720 | |

Email Address: dfranzen@lawff.com

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.

14. ARBITRATION: Any claim, dispute, misunderstanding or controversy or charge of unfair dealing arising under, in connection with, or out of this Agreement, or the breach thereof, shall be submitted to arbitration before one arbitrator, to be held under the rules and regulations of the American Arbitration Association in New York, New York. Judgment upon the award rendered may be entered in the highest court of any forum, State or Federal, having jurisdiction. The arbitrator is directed to award to the prevailing party reasonable attorneys' fees, costs and disbursements, including reimbursement for the cost of witnesses, travel and subsistence during the arbitration hearings. Any award rendered shall be final and conclusive upon the parties and a judgment thereon may be entered by the appropriate court of the forum having jurisdiction.