

600 Third Avenue, 42nd Floor, New York, NY  10016  •  (212) 684-0199

November 27, 2020

Gabriel Levinson
(212) 413-2853 - Phone
(212) 202-7582 - Fax
glevinson@polsinelli.com

**BY ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    **Re:**   **Linda Hirshman v. Don Franzen**
          **Civil Action No. 1:20-cv-06322 (GHW)**

Dear Judge Woods:

    Our firm represents Plaintiff Linda Hirshman in the above-referenced matter.  This letter is a joint request from counsel for both parties in this matter to further extend the deadlines in connection with Defendant's Motion to Compel Arbitration and Stay This Matter, which Defendant filed on October 9, 2020.  (ECF Doc. Nos. 16-18.)  The reason for the current request is that it is taking the parties more time than anticipated to finalize a settlement agreement resolving their disputes.  This is the second request for an extension of time, and all parties consent to this request.

    The original due date for Plaintiff to file her opposition to this motion was October 30, 2020 and the original due date for Defendant's reply was November 6, 2020.  Both of those dates were extended to November 27 and December 4, 2020 respectively.   Counsel for both parties request that the current deadlines be further extended to December 18, 2020 for Plaintiff's opposition, and January 8, 2021 for Defendant's reply.

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California



The Honorable Gregory H. Woods
November 27, 2020
Page 2

We thank the Court for its consideration.

                Respectfully,

                Gabriel Levinson

cc:    David I. Greenberger, Esq. (by ECF)
        Darnell S. Stanislaus, Esq.