

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

January 12, 2021

Gabriel Levinson
(212) 413-2853 - Phone
(212) 202-7582 - Fax
glevinson@polsinelli.com

**VIA ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

      **Re:**    **Linda Hirshman v. Don Franzen**
            **Civil Action No. 1:20-cv-06322 (GHW)**

Dear Judge Woods:

     Our firm represents Plaintiff Linda Hirshman in the above-referenced matter, and I write this letter with the express consent of Defendant Don Franzen's counsel. Pursuant to Rules 1.A., 1.F. and 4.E. of the Court's Individual Rules of Practice, enclosed hereto please find the parties' Stipulation of Dismissal with Prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Please note that the parties are submitting this joint letter to comply with the terms of their confidential settlement agreement—the parties do not request herein (nor do the terms of the agreement require) that the Court retain jurisdiction to enforce the agreement.

     We thank the Court for its consideration.

                 Respectfully,

                 Gabriel Levinson

Encl.

cc:    David I. Greenberger, Esq. (via ECF)
       Darnell S. Stanislaus, Esq.

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California