UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA HIRSHMAN,<br><br>                                              Plaintiff,<br><br>        - against -<br><br>DON FRANZEN,<br><br>                                              Defendant. | Civ. No.: 1:20-cv-06322 (GHW)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel, that the above-captioned is voluntarily dismissed with prejudice against Defendant Don Franzen, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own fees and costs.

Dated: New York, New York
         January 11, 2021

*Counsel for Plaintiff*

POLSINELLI PC

By: _____/s/_____
    Gabriel Levinson, Esq.
    Darnell S. Stanislaus, Esq.
    600 Third Avenue, 42nd Floor
    New York, NY 10016
    T: (212) 413-2853
    T: (212) 413-2862
    glevinson@polsinelli.com
    dstanislaus@polsinelli.com

*Counsel for Defendant*

BAILEY DUQUETTE P.C.

By: _____/s/_____
    David I. Greenberger, Esq.
    104 Charlton Street, Suite 1W
    New York, NY 10014
    T: (212) 658-1946 ext. 204
    david@baileyduquette.com